# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   1:13-cr-018 |
| | ) | |
| Patrick Lloyd Hofstad | ) | |
| | ) | |

## ORDER SCHEDULING

## DETENTION HEARING AND ARRAIGNMENT

A hearing in this case is scheduled as follows:

| **Type:** Detention Hearing<br><br>Arraignment | **Date and Time:**   February 25, 2013, at 10:00 a.m. |
|---|---|
| **Place:** U.S. Federal Courthouse<br><br>Bismarck, ND | **Courtroom No.:**<br><br>Bismarck Courtroom 2 |

**IT IS ORDERED:**  Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer.  The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:        02/21/2013

_/s/ Charles S. Miller, Jr._

*Judge's signature*

Charles S. Miller, Jr., Magistrate Judge

*Printed name and title*