**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Patrick Lloyd Hofstad, | ) | |
| | ) | Case No. 1:13-cr-018 |
| Defendant. | ) | |

On November 18, 2014, defendant made his initial appearance on a petition for revocation of his pretrial release conditions. The court advised defendant of his rights and ordered that he be detained pending a hearing on November 21, 2014. The court subsequently rescheduled the hearing for November 24, 2014.

On November 24, 2014, the court convened a detention hearing. At the outset of the hearing, defense counsel moved to withdraw. Based upon the court subsequent discussion with the parties, the court granted defense counsel's motion and continued the detention hearing pending the appointment of new defense counsel.

The court appointed new defense counsel and on December 8, 2014, reconvened the hearing. Based upon the its subsequent exchange with the parties, court continued the hearing until December 10, 2014, to permit the parties time to obtain additional information and coordinate with witnesses.

On December 9, 2014, the court held a status conference with counsel to discuss the upcoming detention hearing. Pursuant to its discussions with the parties, the court shall postpone the detention hearing due to defendant's need to gather additional information. The court shall reconvene the detention hearing at a date and time to be determined.

**IT IS SO ORDERED.**

Dated this 9th day of December, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court